

# NUMBER 13-07-00495-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**THE LAMAR COMPANY, LLC.,**                                      **Appellant,**

**v.**

**DELFINO FLORES, JR.**                                           **Appellee.**

**On Appeal from the 107th District Court of Cameron County, Texas.**

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Yañez and Benavides**
**Memorandum Opinion Per Curiam**

The parties to this appeal have filed a joint motion asking the Court to dismiss this appeal. According to the motion, the parties have reached an agreement to settle and compromise their differences. They ask this Court to render judgment effectuating the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(A).

The parties have agreed that the appeal should be dismissed, the judgment of the trial court should become final, and the judgment should be satisfied by the payment of the settlement amount.

We GRANT the joint motion to dismiss. We RENDER judgment effectuating the parties' settlement agreement, and DISMISS the appeal. Appellant shall bear the costs of this appeal. *See id.* 42.1(d).

PER CURIAM

Memorandum Opinion delivered
and filed this the 24th day of April, 2008.

2